# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE OMARO RUIZ PELAEZ,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

3:15-cv-799

(Judge Mariani)

## ORDER

**AND NOW**, this 14th day of May, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above-captioned case to the United States District Court for the Western District of Pennsylvania.

2. Disposition of Petitioner's motion (Doc. 4) to proceed *in forma pauperis* is left to the discretion of the transferee court.

3. The Clerk of Court shall **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge